Case 17-19316 Doc 1 Filed 06/27/17 Entered 06/27/17 14:13:17 Desc Main Document Page 1 of 1

# Server Error

**404 - File or directory not found.**

**The resource you are looking for might have been removed, had its name changed, or is temporarily unavailable.**